UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-Civ-21207-SCOLA/TORRES

EDDY LEAL, P.A.,

    Plaintiff,

v.

BIMINI DEVELOPMENT OF VILLAGE
WEST CORPORATION, a Florida corporation
AND JARRETTE BAY INVESTMENTS
CORPORATION, a Florida corporation,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**
**ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT IN GARNISHMENT**

This matter is before the Court's on Eddy Leal's ("Plaintiff") motion for final judgment against garnishee BankUnited N.A. in the amount of $899.99 as set forth in the garnishee's answer to the writ of garnishment and to tax Plaintiff's garnishment costs in the amount of $145.00 against Bimini Development of Village of West Corporation and Jarrette Bay Investments Corporation (collectively, "Defendants"). [D.E. 62]. No response was filed in response to Plaintiff's motion and the time to do so has now passed.[1] Therefore, Plaintiff's motion is now ripe for

---

[1] Because no opposition or motion for exemption was filed in response to Plaintiff's motion, the entry of this Order should also be granted by default under Local Rule 7.1.

disposition. After careful consideration of the motion and relevant authority, Plaintiff's motion for final judgment in garnishment should be **GRANTED**.[2]

Pursuant to Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73, the parties have fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report. 28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Commissioner of Social Security,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida this 21st day of May, 2018.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

Copies to: Counsel of Record

---

[2] The Court should reserve jurisdiction to enter all further orders as necessary, including attorney's fees and an order authorizing execution against the garnishee's property if the judgment is not otherwise paid or satisfied.