United States District Court
for the
Southern District of Florida

| Eddy Leal, P.A., Plaintiff, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| Bimini Development of Village West Corporation and Jarrette Bay Investment Corporation, Defendants. | ) ) ) ) | Civil Action No. 17-21207-Civ-Scola |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's motion for judgment in garnishment (ECF No. 62). On May 21, 2018, Judge Torres issued a report, recommending that the Court grant the motion and enter final judgment against the garnishee BankUnited N.A. in the amount of $899.99 and to award the Plaintiff $145.00 in garnishment costs. (R. & R., ECF No. 68.) No objections have been filed and the time to object has passed. Having considered the report, the record, and the relevant legal authorities, this Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 68**). The Court **grants** the Plaintiff's motion for final judgment in garnishment (**ECF No. 62**). The Court will enter judgment by separate order.

**Done and ordered** at Miami, Florida on June 8, 2018.

_____
Robert N. Scola, Jr.
United States District Judge